**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1559**

HESMAN TALL; DOREEN SHING,

        Plaintiffs - Appellants,

      v.

MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:17-cv-02120-GJH)

Submitted: October 9, 2018               Decided: October 24, 2018

Before WYNN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hesman Tall, Doreen Shing, Appellants Pro Se. Robert David McCray, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hesman Tall and Doreen Shing appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tall v. MD Dep't of Health and Mental Hygiene*, No. 8:17-cv-02120-GJH (D. Md. May 2, 2018). We deny Appellants' motions to stay and for remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*